No. 75–5265. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–5291. WEST v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5294. JONES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5341. GRIFFITH (CASTILLO) v. GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied.

No. 75–5346. SHIELDS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 75–5353. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5363. BOWSER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5373. DOBBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5383. JONES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–5385. RAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5399. STRATTON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 75–5420. ROOTS v. WOODALL. C. A. 5th Cir. Certiorari denied.